IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Mary Ann Fisher<br>and<br>Deborah Waters,<br><br>          Plaintiffs,<br><br>     v.<br><br>Albert Einstein Healthcare Network,<br><br>          Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | CIVIL ACTION<br><br><br><br><br>NO. 2:15-cv-05736 |

**JOINT MOTION FOR EXTENSION OF TIME**

Pursuant to Federal Rule of Civil Procedure 6(b), plaintiffs, Mary Ann Fisher and Deborah Waters (collectively "plaintiffs"), and defendant, Albert Einstein Healthcare Network, through their undersigned counsel, hereby move for a 30 day extension of time for defendant to answer or otherwise respond to plaintiff's Complaint because the parties have begun meaningful settlement discussions.

Defendant's response to the Complaint is currently due on February 5, 2016. In an attempt to avoid the time and expense of continuing litigation, the parties have been discussing settlement. While the parties intend to continue to engage in good faith settlement negotiations, they are unlikely to reach a settlement agreement by February 5, 2016. Consequently, the parties respectfully request that this Court grant an extension for defendant to

#37498052 v1

-2-

answer or otherwise respond to the Complaint until March 7, 2016 so that the parties have sufficient time to try to settle this action without incurring significant additional expense.

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| */s/ Matthew D. Miller* | *s/ Kali T. Wellington-James* |
| Matthew D. Miller | Susan K. Lessack (ID 53170) |
| Richard S. Swartz | Kali T. Wellington-James (ID 306781) |
| Justin L. Swidler | PEPPER HAMILTON LLP |
| SWARTZ & SWIDLER, LLC | 400 Berwyn Park |
| 1101 Kings Highways N., Ste. 402 | 899 Cassatt Road |
| Cherry Hill, NJ 08034 | Berwyn, PA 19312-1183 |
| (856) 685-7420 | (610) 640-7800 |
| *Attorneys for Plaintiffs, Mary Ann Fisher and Deborah Waters* | *Attorneys for Defendant, Albert Einstein Healthcare Network* |

Dated:  January 28, 2016

## CERTIFICATE OF SERVICE

        I, Kali T. Wellington-James, hereby certify that on January 28, 2016 a true and correct copy of the foregoing Joint Motion for Extension of Time was served via the court's electronic filing system upon the following:

>Matthew D. Miller, Esquire
>Richard S. Swartz, Esquire
>Justin L. Swidler, Esquire
>SWARTZ & SWIDLER, LLC
>1101 Kings Highways N., Ste. 402
>Cherry Hill, NJ 08034
>(856) 685-7420

                                      *Kali T. Wellington-James*
                                      KALI T. WELLINGTON-JAMES